UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NATHANIEL F. WHITE,

    Plaintiff,

v.

    Case No. 2:18-cv-1738
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Elizabeth Preston Deavers

FRANKLIN COUNTY SHERIFF'S
DEPARTMENT,

    Defendant.

## ORDER

On January 2, 2019, the Magistrate Judge issued a Report and Recommendation in this case recommending that this *pro se* prisoner action be dismissed and further recommending that the Court certify that an appeal of any Order adopting the Report and Recommendation would not be taken in good faith. (ECF No. 5). The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review by a District Judge. The time period for filing objections has passed, and no objections have been filed.

Accordingly, the Court **ADOPTS** the Report and Recommendation (ECF No. 5) and **DISMISSES** this action.

**IT IS SO ORDERED.**

1-24-2019
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE